```
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
DIONNARAE Z. JONES,

                Plaintiff,

     v.

CAROLYN W. COLVIN, ACTING
COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
-----------------------------------------------------------X
```

**CONSENT ORDER TO REMAND PURSUANT TO SENTENCE 4 OF 42 U.S.C. § 405(g)**
Civil Action
No. 13-cv-381 (TJM/DEP)

This matter having been opened to the Court by Richard S. Hartunian, United States Attorney for the Northern District of New York, and Benil Abraham, Special Assistant United States Attorney, attorney for Defendant, for an Order remanding the within cause of action to the Defendant pursuant to sentence 4 of 42 U.S.C. ' 405(g) so that further administrative action, including a de novo hearing, may be taken; and Plaintiff, through the undersigned attorney, having consented to the within order and the requested remand, and the Court having considered the matter,

IT IS on this 12th day of November, 2013;

ORDERED that the final decision of the Commissioner be and hereby is REVERSED, and the matter is REMANDED to the Defendant for this further administrative action, and it is further

ORDERED that the within matter, be and hereby is, DISMISSED in accord with the decision in Melkonyan v. Sullivan, 501 U.S. 89 (1991);

And it is further ORDERED that nothing in this order (and subsequent final judgment) prohibits Plaintiff from filing a request for attorney's fees pursuant to the Equal Access to Justice Act, 28

U.S.C. §2412.

_____
HON. DAVID E. PEEBLES
UNITED STATES DISTRICT COURT

Dated: 11/12/2013

The undersigned hereby consent to the form and entry of the within order.

                Richard S. Hartunian
                United States Attorney


By:    *s/ Benil Abraham*_____
        Benil Abraham
        Special Assistant U.S. Attorney
        Bar No. 515940

        Social Security Administration
        Office of the General Counsel
        26 Federal Plaza, Room 3904
        New York, NY 10278


By:    *s/ Steven R. Dolson*_____
        Steven R. Dolson, Esq.
        Bar No. 512788

        6000 N. Bailey Avenue, Suite 1A
        Amherst, NY 14228